IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

JAMES H. TYLER
    PLAINTIFF,

CIVIL ACTION NO. 06 1733 JR

VS.

DISTRCT OF COLUMBIA
DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS +
HOUSING REGULATION ADMINISTRATION.

PROOF OF SERVICE

Copy of Summons and Complaint Certified mail was mail to the Defendant on the 17 day of October 2006

and was delivered on 19 day of October 2006.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Department of Consumer
   + Regulatory Affairs
   Housing Regulation Adm.
   941 North Capital St. NE
   Washington D.C. 2002

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): John Scott
C. Date of Delivery: 10.19.06

D. Is delivery address different from item 1? ☐ Yes   ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 3110 0000 0458 9205

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

OCT 24 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

+ Regulatory Affairs
Housing Regulation Adm.
941 North Capital St. NE
Washington D.C. 2002

3. Service Type
☒ Certified Mail   ☐ Express Mail