UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES H. TYLER
    PLAINTIFF,

CIVIL ACTION NO. 06 1733 JR

V.

DISTRICT OF COLUMBIA
DEPARTMENT OF CONSUMMER AND REGULATORY AFFAIRS &
HOUSING REGULATION ADMINISTRATION.

MOTION FOR DEFAULT

Plaintiff sent the summons and the complaint certified mail by the United States Postal Service on (10/16/06, delivery was made on (10/19/06). Defendant had 20 days to respond. As of this date Defendant fail to answer or repond. Plaintiff's motion for default is qualifyed.

CERTIFICATE OF SERVICE

Isolemn affirm under the penalties of perjury that a true copy of this Motion For Default will be sent to the Defendant by the United States Postal Service on or before 15 day of november 2006

JAMES H. TYLER

Defendant's address
DISTRICT OF COLUMBIA
DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS &
HOUSING REGULATION ADMINISTRATION.
941 North Capitol St.N.E.
Washington, D.C. 2002

Plaintiff's address
James H. Tyler
7818 Allendale Dr.
Hyattsville, Md. 20785

RECEIVED
NOV 14 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT