**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAMES H. TYLER, | : |
|     Plaintiff, | : |
| v. | : Civil Action No. 06-1733 (JR) |
| DISTRICT OF COLUMBIA, | : |
|     Defendant. | : |

**ORDER**

The defendant's default was entered by the Clerk on 12/18/06, but plaintiff has not moved for default judgment pursuant to F.R.Civ.P. 55. Unless plaintiff files an appropriate motion within 30 days of the date of this order, this suit will be dismissed for want of prosecution. It is **SO ORDERED.**

                              JAMES ROBERTSON
                      United States District Judge