United States District Court
for The District of Columbia

James H. Tyler
    Plaintiff,

Civil Action #061733 J.R.

v.

District of Columbia
Department of Consumer & Regulatory Affairs
Housing Regulation Administration.

## Motion for Default Judgment

Plaintiff move for default judgment against Defendant. Plaintiff ask that every thing be granted that was asked in his complaint.

Respectfully,
/s/ J. Tyler

### Certificate of Service

Solemn affirm under the penalties of perjury that a true copy of this motion for default will be sent to the Defendant by the U.S. postal Service on or before the 15 of Feduary 2007.

/s/ J. Tyler

RECEIVED
FEB 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT