UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES H. TYLER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-1733 (JR) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

**ORDER**

Upon further review of the record, the Court finds that the Clerk's entry of default [4] must be **vacated** for insufficient service of process, and that plaintiff's motion for default judgment [6] must accordingly be **denied**. In an action against an agency of the District of Columbia, service of summons and complaint must be effected upon the Mayor of the District of Columbia (or designee), the Corporation Counsel of the District of Columbia (or designee), and the appropriate agency. See D.C. Super. Ct. Civ. R. 4(j). Plaintiff, if he wishes to proceed, must serve the summons and the complaint on all three of these persons or offices, and should include the executed summons in his returns of service/affidavits. Service may be effected by certified mail, return receipt requested, but "only if the mail is signed for by an employee who is designated to receive service of process," Byrd v. District of Columbia, 230 F.R.D. 56, 58 (D.D.C. 2005). Service is considered invalid when the summons and complaint are sent by certified mail to the correct address,

but the mail is "signed for by a secretary, receptionist, or other individual not specifically authorized to accept service of process [. . .] even if the receptionist or secretary generally opens and signs for the mail delivered to that address," id. at 59.  Service may also be effected by hand delivery by an adult who is not a party to this case.  It is **SO ORDERED.**


                                    JAMES ROBERTSON
                                    United States District Judge