UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

JAMES H. TYLER

    PLAINTIFF,

V.

Civil Action 06-1733 (JR)

DISTRICT OF COLUMBIA,

**RECEIVED**

MAR 5 2007

    DEFENDANT.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

    Hee Yee comes the Plaintiff expressing further disappointment in his persiut for justice against the District Of Columbia. This court order to ~~denied~~ deny and vacate the Plaintiff's complaint.

    Plaintiff filed his complaint with this court and was given instructions who to send the summon and complaint to the proppective District Of Columbia Agency . Plaintiff was not told to send the summon and complaint to the District Of Columbia Mayor and the Corpppation Counsel. The Plaintiff was unaware of the three parties to be served

    Plaintiff have one problem and is how is the Plaintiff made aware who is the designated or authorized person or persons to sign for certified mail in receipt of service of process.

    Plaintiff will follow the court order and serve the three parties and they are the Mayor Adrian M. Fenty, The Corpppation Counsel of the District Of Columbia and the GovernmentOf The Distrivt Of Columbia, DepartmentOf consumer & Regulatory Affairs.

                                                     Thank You JAMES TYLER

RECEIVED MAR - 5 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT