IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

JAMES H. TYLER

    PLAINTIFF,

V.
                         CASE NUMBER 1;06CV01733 (JR)

                                   JUDGE JAMES ROBERTSON

DISTRICT OF COLUMBIA.

### EVIDENTS PROOF OF SERVICE

Proof of service is attach: defendants DISTRICT OF COLUMBIA MAYOR ADRIAN M. FENTY, DISTRICT OF COLUMBIA CORPORATION COUNSEL AND DISTRICT OF CILUMBIA DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS WERE SERVED. *Respectfully on 3-7 & 3-8, 2007*

                                                JAMES H. TYLER

**RECEIVED**

MAR 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



## Track/Confirm - Intranet Item Inquiry - Domestic

**Item:** 7006 2150 0001 1390 7082          **Date/Time Mailed:** 03/06/2007 13:57

**Destination**  **ZIP Code:** 20001          **City:** WASHINGTON          **State:** DC
**Origin**       **ZIP Code:** 20774-9997     **City:** UPPER MARLBORO      **State:** MD

**Class:** First Class

**Anticipated Delivery Date:** 03/07/2007

**Weight:** 0 lb(s) 1 oz(s)                   **Postage:** $0.39

**Firm Book ID:** 5103 0SGS D426 0000 4556

**Delv Rqmt:** Normal                         **PO Box?:** N

| Special Services | Associated Labels | Amount |
|---|---|---|
| CERTIFIED MAIL | 7006 2150 0001 1390 7082 | $2.40 |
| RETURN RECEIPT | | $1.85 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 03/07/2007 13:10 | WASHINGTON, DC 20001 | 030SGSD459 |
| | Firm Name: DC GOV 441 4TH ST NW | | |
| | Recipient: 'G DUNMORE' | | |
| | Request Delivery Record | | |
| | View Delivery Signature and Address | | |
| ARRIVAL AT UNIT | 03/07/2007 11:48 | WASHINGTON, DC 20001 | 030SGSD426 |
| ACCEPT OR PICKUP | 03/06/2007 13:57 | UPPER MARLBORO, MD 20774 | |

**Enter Request Type and Item Number:**

Quick Search ⦿    Extensive Search ○

Explanation of Quick and Extensive Searches

Submit

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.

Direct Query - Intranet                                                                                          Page 1 of 1



### Track/Confirm - Intranet Item Inquiry
### Item Number: 7006 2150 0001 1390 7082

**This item was delivered on 03/07/2007 at 13:10**



Enter Request Type and Item Number:

Quick Search ●    Extensive Search ○

Explanation of Quick and Extensive Searches

[ Submit ]

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.

http://pts.usps.gov/pts/imageView.do                                                                        3/12/2007



Track/Confirm - Intranet Item Inquiry - Domestic

| | | |
|---|---|---|
| **Item:** 7006 2150 0001 1390 7105 | **Date/Time Mailed:** 03/06/2007 13:56 | |
| **Destination** ZIP Code: 20002 | City: WASHINGTON | State: DC |
| **Origin** ZIP Code: 20774-9997 | City: UPPER MARLBORO | State: MD |

**Class:** First Class
**Anticipated Delivery Date:** 03/07/2007
**Weight:** 0 lb(s) 1 oz(s)         **Postage:** $0.39
**Firm Book ID:** 5103 0SGY 6158 0000 3372
**Delv Rqmt:** Normal                **PO Box?:** N

| Special Services | Associated Labels | Amount |
|---|---|---|
| CERTIFIED MAIL | 7006 2150 0001 1390 7105 | $2.40 |
| RETURN RECEIPT | | $1.85 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 03/08/2007 12:31<br>Firm Name: DCRA 941 N CAP ST<br>Recipient: 'R MILES'<br>[Request Delivery Record]<br>[View Delivery Signature and Address] | WASHINGTON, DC 20013 | 030SGY6158 |
| ARRIVAL AT UNIT | 03/07/2007 12:43 | WASHINGTON, DC 20002 | 030SGY6158 |
| ACCEPT OR PICKUP | 03/06/2007 13:56 | UPPER MARLBORO, MD 20774 | |

Enter Request Type and Item Number:

Quick Search (●)     Extensive Search ( )

[Explanation of Quick and Extensive Searches]

[Submit]

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.



### Track/Confirm - Intranet Item Inquiry
### Item Number: 7006 2150 0001 1390 7105

**This item was delivered on 03/08/2007 at 12:31**

| | Delivery section |
|---|---|
| **Signature:** | B. Miles   3/8/07 |
| **Address:** | DCRA 941 NCap |

Enter Request Type and Item Number:

Quick Search ●     Extensive Search ○

Explanation of Quick and Extensive Searches

[ Submit ]

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.



## Track/Confirm - Intranet Item Inquiry - Domestic

**Item:** 7006 2150 0001 1390 7099    **Date/Time Mailed:** 03/06/2007 13:57

| | | | | |
|---|---|---|---|---|
| **Destination** | **ZIP Code:** 20004 | **City:** WASHINGTON | **State:** DC |
| **Origin** | **ZIP Code:** 20774-9997 | **City:** UPPER MARLBORO | **State:** MD |

**Class:** First Class
**Anticipated Delivery Date:** 03/07/2007
**Weight:** 0 lb(s) 1 oz(s)    **Postage:** $0.39
**Firm Book ID:** 5103 0SGU 0458 0000 9656
**Delv Rqmt:** Normal    **PO Box?:** N

| Special Services | Associated Labels | Amount |
|---|---|---|
| CERTIFIED MAIL | 7006 2150 0001 1390 7099 | $2.40 |
| RETURN RECEIPT | | $1.85 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 03/07/2007 15:30<br>Firm Name: MAYOR<br>Recipient: 'A PEARSON'<br>Request Delivery Record<br>View Delivery Signature and Address | WASHINGTON, DC 20004 | 030SGU1068 |
| ARRIVAL AT UNIT | 03/07/2007 09:35 | WASHINGTON, DC 20004 | 030SGU0458 |
| ARRIVAL AT UNIT | 03/07/2007 06:32 | WASHINGTON, DC 20004 | 030SGU0458 |
| ACCEPT OR PICKUP | 03/06/2007 13:57 | UPPER MARLBORO, MD 20774 | |

**Enter Request Type and Item Number:**

Quick Search ⦿    Extensive Search ○

Explanation of Quick and Extensive Searches

[Submit]

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.



## Track/Confirm - Intranet Item Inquiry
### Item Number: 7006 2150 0001 1390 7099

**This item was delivered on 03/07/2007 at 15:30**

| Signature: | *(handwritten signature)* |
|---|---|
| Address: | *(handwritten address)* |

Enter Request Type and Item Number:

Quick Search ⦿    Extensive Search ○

[Explanation of Quick and Extensive Searches]

[Submit]

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.