IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
APR 13 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JAMES H. TYLER
    PLAINTIFF,
    V.

CASE NO. 06-01733 (JR)

DISTRICT OF COLUMBIA,
    DEFENDANT.

Plaintiff's response to the Defendant's assertions. (1) failto state a claim upon which relief can be granted. (2) fail to effectuate proper service. (3) D.C.R.A. is non-sui juris.

## ANWER

(1) Plaintiff is asking for $500,000,000 /all fines and liens vacated/ all expensives-filing fees, certified mail etc. and quiet enjoyment.

(2) DISTRICT OF COLUMBIA MAYOR ADRIEN M. FENTY, DISTRICT OF COLUMBIA CORPORATION COUNSEL NOW CALLED THE OFFICE OF THE ATTORNEY GENERAL AND THE DISTRICT OF COLUMBIA CONSUMER AND REGULATORY AFFAIRS (DCRA) WERE SERVED BY THE UNITED STATES POSTAL SERVICE certified mail on respectfully March 7 and 8 2007. Plaintiff raised the gueston in writing to this court concerning who is authorized to sign for certified mail. A copy of this document shoud be in the court's file or jacket and i was told from a female empolyee who work in office that they will get the mail.

(3) DISTRICT OF COLUMBIA CONSUMER AND REGULATORY AFFAIRS (DCRA) IS A CITY GOVERNMENT agency of the DISTRICT OF COLUMBIA. This agency (DCRA) was responsible for this private property destruction. To say that (DCRA) is NON SUI JURIS is a sad reflection on this city WASHINGTON, DISTRICT OF COLUMBIA.

RECEIVED
APR 13 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## REVIEW

DISTRICT OF COLUMBIA THE DEfendant came on and detroyed private property own by the Plaintiff. sevaral trees were cut down, limes and branches from two standing trees were cut down, rose brushes cut down flowers of all sortswere pull up from the roots, shrubberies of all sorts were down to the ground, ivy which line up on thesides and front of the Plaintiff's property were pull up from the roots, flowers beds border with decorative rocks were all detroyed dirt and debris was all over the property and on the side walk in front of the Plaintiff's property.

The Plaintiff is in the class of people who is poor, black, old, weak, and defenseless who is without means and resources, who is without tools and equipment, who can not defend and fight back. If the Plaintiff were not in this class of people this cowerless act to intimidate, harass, and detroy would not have taken place.

The Plaintiff's CIvil Rights were violated and believed that title v11 would be appropriate for this complaint- if the Plaintiff was wronge the Plaintiff apologise and ask this court for the proper amendment if not the Plaintiff is asking for the opportunity to make the necessary corrections.

Plaintiff is asking that his complaint continue and be heard by a Federal Judge and jury.

### CERTIFICATE OF SERVICE

I certify that a copy of the Plaintiff's response will be sent to the following parties by mailing first class mail, postage prepaid on or before April 16 2007.

(1) DISTRICT OF COLUMBIA MAYOR ADRIEN M. FENTY
(@) DISTRICT OF COLUMBIA THE OFFICE OF THE ATTORNEY GENERAL
(#) DISTRICT OF COLUMBIA CONSUMER AND REGULATORY AFFAIRS