UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RECEIVED

MAY 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JAMES H. TYLER,
    PLAINTIFF,

V.

DISTRICT OF COLUMBIA,
    DEFENDANT.

CIVIL ACTION CASE 06-1733 (JR)

PLAINTIFF'S RESPONSE

Plaintiff oppose Defendant's request for the Plaintiff's medical records. Defendant requesting the Plaintiff's medical records from January 1 1995 up the present is unconscionable. Plaintiff did not seek medical attention for this alarming, shocking, disappointing, and maddening unlawfull act of destruction and destroying private property. Plaintiff is suffering and still suffering without professional medical attention. Plaintiff can not affordthe expense for that find of services. Plaintiff is asking this court to dismiss the DEfendant's request for the Plaintiff's medical records.

Plaintiff oppose given his social security number.

REQUEST FOR PICTURES AND DOCUMENTS

Plaintiff requesting all photographs, videotapes, diagrams or other representations of the damages sustained as a result of the incidents. Defendant took pictures before, during and after of the Plaintiff's property destroyed. Plaintiff is requesting copies of all the pictures taken.

PlAintiff is requesting for all correspondence between the Plaintiff and the Defendant its employees or agents relating to this incident. All documents from the Defendant to the Plaintiff relating to this incident.

Plaintiff dispute the Defendant's defense-all except the first and third defense.

Plaintiff is please to acknowledge the Defendant's request and demand fpr a jury trail)

Certificate of Service

A copy of this Response will be sent to defendant by mailing first class postage prepaid to the defendant on or before 5-5-07

tyl