UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES TYLER,
    PLAINTIFF,
V.
DISTRICT OF COLUMBIA,
    DEFENDANT.               C.A. NO: 06-001733 (JR)

## PLAINTIFF"S RESPONSES TO DEFENDANT'S OBJECTIONS

(1) Defendant's objects to the production of the plaintiff's request is not in compliance with the discovery process and this court's order. Plaintiff fully cooperated by summiting documents and pictures.

(2) Defendant's objections #2 to the Plaintiff's request is a deniable or refusable act to be obedient to the court's order.

(3) Plaintiff rejects the Dhfendant's behavior and hostilities who is in defiance.

(4) Defendant's objection#4 again is in denial to cooperate and refuse to follow th the court order.

(5) Defendant's objection to #5 alleging that document and pictures are not in the Defendaht's possession, custody or control. Plaintiff feel that Defendant is not creditable.

(6) Plaintiff reject Defendant's objection #6 " not reasonably calculated to lead to the discovery of admissionable evidence" Defendant is guilty and they are trying to hide the truth for this horrible crime.

(7) Plaintiff rejection to Defendant's objection #7 Defendant is in defiance of the Plaintbff's request for discovery and this court order.

(8) Defendant's admission is clearly in defiance refusing to cooperate and to follow this court order

RECEIVED
JUL 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF"S ARGUMENT

After

Plaintiff requested all pictures taken before, during and this malice act of destruction. Plaintiff believe that Defendant act was intentional, willfull and malice aforethought. Defendant can not show or prove with evident that the Plaintiff had what he was charge with and that was trash and weeds on his property.

Plaintiff ask this court to do the right thing and award this Plaintiff everything he ask for $ 500,000,000 ) Five hundred million dollars and all the fines and liens vacated.

Plaintiff cooperated with this Defendant by summiting pictures and documents. Defend Defendant can not show or product evident to prove that I was juilty of having weeds and trash on my property.

### Jurisdiction

This court indicated at the status hearing om the 16th day of may 2007 that this court believed that this Federal Court does not have jurisdiction in this matter. Plaintiff believe that this court have jurisdiction in this matter because my property is in this federal city, U.S. Congress have a lot to say in this nation Capitol and that I was temperary residing in the stAte of Maryland.

This Defendant detroyed my property with out justification and this Defendant is defiant to obey this court order and to cooperate with the discovery process.

Defendant refuse to come clean ANd follow this court order. Plaintiff is asking for every thing the Plaintiff is asking for.

JAMES TYLER

### CERTFICATE OF SERVICE

Ihereby certify that a copy of this response will be sent to the Defendant by first class mail on or before the 12th day of July 2007.

Defendants: MAYOR ADRIAN M. FENTY
CONSUMER& REGULARY AFFAIR
OFFICE OF THE ATTORNEY GENERAL