UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES H. TYLER, :
:
    Plaintiff, :
:
v. : Civil Action No. 06-1733 (JR)
:
DISTRICT OF COLUMBIA, :
:
    Defendant. :

## ORDER

Plaintiff has failed to respond to defendant's motion for summary judgment [#16], even within the extended time allowed by the Court's order of July 16, 2007 [#17]. The motion is **granted as conceded**, and this case is **dismissed**. This is a final, appealable order.

JAMES ROBERTSON
United States District Judge