UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

JAMES H. TYLER

    PLAINTIFF,

V.                          CIVIL ACTION NO. 06-1733 (JR)

DISTRICT OF COLUMBIA,

    DEFENDANT.

PLAINTIFF'S RESPONSE TO THIS COURT DISMISSAL

OF THE PLAINTIFF'S LAW SUIT

Plaintiff received notice from this court by mail dated September 14 2007 informing the Plaintiff that his case was dismissed becaose the Plaintiff failed to respond to the court order dated july 16 2007. Plaintiff never received a court order to that matter. Plaintiff ask this court to vacate this dismisal and allow this Plaintiff to go forward with his complaint.

Plaintiff is a Pro-se litigant and Plaintiff is not making excuses or lying about not receiving the court order to respond to the Difendant's summary judgement. Plaintiff ask this court to allow this Plaintiff to go forward with his complaint.

Plaintiff's response to the Defendant motion

FOR SUMMARY JUDGEMENT

Defendant destrooied my property and refuse to the decovery process by refusing to comply with this court order to supply the requested pictures and materails the Plaintiff requested. Defendant summary Judgement should not be granded but be denied. Plaintiff ask that his complaint go forward.

CERTIFICATE OF SERVICE

Plaintiff's response will be sent to Defendant by first cdass mail on or before 9/22/07. D-fendant DISTRICT OF COLUMBIA.

JAMES H. TYLER

RECEIVED
SEP 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT