UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES H. TYLER, :
:
    Plaintiff, :
:
v. : Civil Action No. 06-1733 (JR)
:
DISTRICT OF COLUMBIA, :
:
    Defendant. :

### ORDER

For the reasons stated in the accompanying memorandum, defendant's motion for summary judgment [16] has been treated as a motion to dismiss for want of subject matter jurisdiction and is **granted**. This case is **dismissed**. This is a final, appealable order.

                                            JAMES ROBERTSON
                            United States District Judge