A0450 (Rev. - DC 04/00) Judgment in a Civil Case

**FILED**

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

OCT 3 0 2007

~~NANCY MAYER-WHITTINGTON, CLERK~~
U.S. DISTRICT COURT

JAMES H. TYLER

V.

DISTRICT OF COLUMBIA

**JUDGMENT IN A CIVIL CASE**

Case Number:   1:06-cv-01733-JR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that defendant's motion for summary judgment having been treated as a motion to dismiss for want of subject matter jurisdiction is granted, and this case is dismissed.

Dated:   _October 30, 2007_

NANCY MAYER-WHITTINGTON, Clerk

By:   _____
Deputy Clerk