United States District Court
District of Columbia

James Tyler
   Plaintiff,

v.

District of Columbia

CASE # 06-CV-01733 (J.R.)

### Response To Matter Jurisdiction

Plaintiff's response to his case being dismiss for want of Subject matter Jurisdiction. Defendants claim for Summary Judgement was never asserted at least I was not made aware of or received their argument on jurisdiction or is this the courts position on this matter.

Plaintiff ask for reconsideration on its decision. Plaintiff ask if not successfull that the courts filing fees be return to the plaintiff. Plaintiff is not a lawyer and did not know about the proper jurisdiction.

Plaintiff ask for considerations in all presented.

Thank you
J. Tyler

**RECEIVED**

NOV - 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT